AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NIHAD AL JABERI | ) | Case No. 4:21CR-031 |
| | ) | |
| Defendant | ) | |

**RECEIVED**
FEB 0 5 2021
U.S. Marshals Service
Savannah Georgia

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **NIHAD AL JABERI**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 554 SMUGGLING

Date: 02/04/2021

_____
*Issuing officer's signature*

City and state: SAVANNAH, GA

JOHN E. TRIPLETT, ACTING CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/05/21, and the person was arrested on *(date)* 02/18/21 at *(city and state)* Clarkston, GA.

Date: 02/18/21

_____
*Arresting officer's signature*

Special Agent Jonathan Gray
*Printed name and title*