IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 18 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

NIHAD AL JABERI

Criminal Action No.
1:21-MJ-160-CCB

## Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

This case is eligible for a detention order because this case involves:

- A felony that is not otherwise a crime of violence but which involves the possession or use of a firearm;
- A serious risk that the defendant will obstruct or attempt to obstruct justice; and
- A serious risk that the defendant will intimidate or attempt to intimidate a prospective witness.

2. **Reason for Detention**

The Court should detain the defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## Certificate of Service

I served this document today by emailing a copy to Victoria M. Calvert, Esq., who agreed to accept service by email.

February 18, 2021

                                          /s/ THEODORE S. HERTZBERG
                                          THEODORE S. HERTZBERG
                                          Assistant United States Attorney